**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TED VENTURES, LLC, TREND MEDICAL MANAGEMENT, LLC, DEREK GOVE, TREY AUSTIN, AND ENRIQUE STOWHAS,** | § | |
| ***Plaintiffs/Counter-Defendants,*** | § | |
| ***vs.*** | § | **CIVIL ACTION NO. 26-CV-02783** |
| **LUCKY CHOPRA, ZOO CAPITAL HOLDINGS, LLC, AD DALLAS CLINICS, LLC, AND TREND PHYSICIANS GROUP, INC.** | § | **Removed from 162nd Judicial District Court of Dallas County Texas Cause No. DC-25-05848** |
| ***Defendants/Counter-Plaintiffs.*** | § | |

**DEFENDANTS' RESPONSE TO PLAINTIFF**
**TED VENTURES,LLC'S MOTION TO REMAND**
**PLAINTIFFS' CLAIMS AS TO NON-DEBTOR DEFENDANTS**

COME NOW Atul "Lucky" Chopra, M.D., Trend Physicians Group, Inc., DET Dallas Clinics, LLC f/k/a AD Dallas Clinics, LLC, and Zoo Capital Holdings LLC (collectively, the "Defendants")[1] file this Response to Plaintiff TED Ventures, LLC's ("TED" or "Plaintiff") Motion to Remand Plaintiffs' Claims Against the Non-Debtor Defendants, joined by Trend Medical Management, LLC, Derek Gove, Trey Austin, and Enrique Stowhas (collectively, with TED, "Plaintiffs").

Dated: October 1, 2026

Respectfully Submitted,

/s/

*Jonathan Curth*
JONATHAN CURTH
STATE BAR NO. 24059637
1911 BAGBY ST.

[1] This response is being filed by the General Counsel of Defendants because of the order entered at Dkt. No. 15, allowing withdrawal of counsel without new counsel in place. Mr. Curth is not appearing as litigation counsel in this matter and this filing should not be construed as such. Due to the impending deadline and loss of counsel Mr. Curth is acting to protect the Defendants.

HOUSTON, TEXAS 77002
(832) 696-3668

***General Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify and affirm that on October 1, 2026, I electronically filed the foregoing instrument using the Court's CM/ECF system which will electronically notify the CM/ECF participants in this case.

*/s/ Jonathan Curth*
**Jonathan Curth**

## CERTIFICATE OF WORD COUNT

This document contains 320 words, including footnotes, but not including the case caption, signature block, and certificates.

*/s/ Jonathan Curth*
**Jonathan Curth**