IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TED VENTURES, LLC, TREND MEDICAL MANAGEMENT, LLC, DEREK GOVE, TREY AUSTIN, AND ENRIQUE STOWHAS,<br>*Plaintiffs/Counter-Defendants,*<br>v.<br>LUCKY CHOPRA, ZOO CAPITAL HOLDINGS, LLC, AD DALLAS CLINICS, LLC, and TREND PHYSICIANS GROUP, INC.,<br>*Defendants/Counter-Plaintiffs.* | Civil Action No. 3:26-cv-02783-S<br><br>Removed from the 162nd Judicial District Court of Dallas County, Texas, Cause No. DC-25-05848 (Hon. Kim Bailey Phipps, Presiding). |

# Plaintiff TED Ventures, LLC's, Amended Motion to Remand

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff TED Ventures, LLC ("TED" or "Movant") moves the Court to remand this case in its entirety to the 162nd Judicial District Court of Dallas County, Texas. Remand is appropriate on equitable grounds under 28 U.S.C. § 1452(b) and on both mandatory abstention grounds under 28 U.S.C. § 1334(c)(2) and permissive abstention grounds under § 1334(c)(1).

In the alternative, TED moves the Court to sever the claims against and by Defendants Atul "Lucky" Chopra and Zoo Capital Holdings, LLC (the "Non-Debtor Defendant Claims") from the claims against the Debtor Defendants and to remand the severed claims to the 162nd Judicial District Court of Dallas County, Texas, because the Non-Debtor Defendant Claims are not "related to" either Chapter 11 case and were, therefore, never removable.

Plaintiffs Trend Medical Management, LLC, Derek Gove, Trey Austin, and Enrique Stowhas join in this Motion.

Dated: November 16, 2026.

Respectfully submitted,

*/s/ James A. McCorquodale*
James A. McCorquodale
Attorney-in-Charge
Texas State Bar No. 13464900
LAW OFFICE OF SANDY
MCCORQUODALE, P.C.
12700 Hillcrest Road, Suite 125
Dallas TX 75230
Direct Tel. 214-712-4472
Direct Fax 815-572-9448
Email: Sandy@SMQLAW.com
*Attorney for TED Ventures, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that, on November 15, 2026, counsel for Plaintiff TED Ventures, LLC, conferred via email with Dinesh Singhal and Keith Remels, counsel for the Defendants, regarding the relief requested in this Amended Motion to Remand. Defendants oppose remand for the reasons set forth in their Opposition [ECF 19 & 19-1], among other reasons, to the original Motion to Remand [ECF 8].

*/s/ James A. McCorquodale*
James A. McCorquodale